**FILED**
August 9, 2023
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DOUGLAS HARRINGTON,

    Defendant.

Case No.  2:23-mj-00113-JDP

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release  DOUGLAS HARRINGTON, Case No.  2:23-mj-00113-JDP, Charge 18 U.S.C. 1752(a)(1), (a)(2) and (a)(4), from custody for the following reasons:

   **X**   Release on Personal Recognizance

   _____   Bail Posted in the Sum of $ _____

   _____   Unsecured Appearance Bond $ _____

   _____   Appearance Bond with 10% Deposit

   _____   Appearance Bond with Surety

   _____   Corporate Surety Bail Bond

   **X**   (Other): The defendant shall be released forthwith and participate in a telephonic interview with the Pretrial Services Office on 8/10/2023 at 9:00 a.m.

Sacramento County Jail is further ORDERED to release the defendant with a **X** 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on August 9, 2023 at 2:36 p.m.

By: _/s/ Jeremy Peterson_
Magistrate Judge Jeremy D. Peterson